UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,
:
:
-v-    :   15-CR-445-20 (PAE)
:
NAQUANN SIMMONS,    :   ORDER
:
Defendant.    :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    IT IS HEREBY ORDERED that the defendant is remanded to the custody of the United States Marshals.

    SO ORDERED.

Dated: January 25, 2024
       New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge